580

387 A.2d 474

COMMONWEALTH of Pennsylvania

v.

Kenneth MYERS, Appellant (two cases).

Supreme Court of Pennsylvania.

Submitted April 10, 1978.

Decided June 2, 1978.

John B. Day, Philadelphia, for appellant.

Edward G. Rendell, Dist. Atty., Steven H. Goldblatt, Deputy. Dist. Atty. for Law, Robert B. Lawler, Chief, Appeals Div., Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

PER CURIAM.

Appellant was convicted in a nonjury trial of voluntary manslaughter and possessing an instrument of crime. Following the denial of post verdict motions the manslaughter conviction was appealed to this Court and the possession conviction was appealed to the Superior Court and transferred here.

Appellant contends that certain remarks of the prosecutor during closing argument constitute reversible error. We have examined .his issue and conclude that it is without merit.

Judgment of sentence affirmed.